1  LISA C. GILINGER LAW OFFICES
   LISA GILINGER
2  635 N. Alisos Street
3  Santa Barbara, California 93103-2557
   Telephone Number:  805-568-5370
4  Fax number: 805-568-5149
   E-mail: lisa@lisagilinger.com
5

6  Attorney for Plaintiff

7  ANDRÉ BIROTTE JR.
8  United States Attorney
   LEON W. WEIDMAN
9  Assistant United States Attorney
   Chief, Civil Division
10 PAUL SACHELARI
11 SPECIAL ASSISTANT UNITED STATES ATTORNEY
   160 Spear Street, Suite 800
12 San Francisco, CA  94105
   Telephone: 415-977-
13 Facsimile: 415-744-0134
14 EMail:  paul.sachelari@ssa.gov

15 Attorney for Defendant

16        **UNITED STATES DISTRICT COURT**
17        **CENTRAL DISTRICT OF CALIFORNIA**

18 ABRAM PERLSTEIN,                    )  Case No. CV 12-4112 E
             Plaintiff,               )
19       vs.                          )  [~~Proposed~~]
   CAROLYN W. COLVIN,[1]              )
20 Commissioner of Social Security,   )  ORDER AWARDING EAJA FEES
                                      )
21                                    )
             Defendant.               )
22 _____)

23

24
   _____

25     [1] Ms. Colvin was appointed Acting Commissioner by President Obama on
   February 14, 2013, and is substituted as a party defendant in this case in
26 accordance with Fed. R. Civ. P. 25(d).

--1--

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1       The parties, through counsel, having stipulated to an award of attorney fees

2   under the Equal Access to Justice Act in the amount of three thousand one hundred

3   dollars ($3,100.00), IT IS HEREBY ORDERED that Plaintiff shall be awarded

4   that amount, as authorized by the EAJA, 28 U.S.C. 2412(d), subject to the terms of

5   the parties' stipulation for EAJA fees.  Any payment shall be delivered to

6   Plaintiff's counsel.

7   DATE: 6/26/13

8                                        Charles Eick

9                                        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26